ALEMI LAW
Samander Alemi (SBN 325305)
 sam@alemilaws.com
Luiza V. Dias (SBN 320629)
 luiza@volawintl.com
8484 Wilshire Blvd., Ste 235, Beverly Hills, CA 90211
Tel.: 916-837-2041  Fax: 619-535-0115
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ROBLES, an individual; and H.R., by and through his guardian ad litem Katherine Robles; <br><br> Plaintiffs, <br> v. <br><br> CITY OF ROSEVILLE, a Municipal Corporation; OFFICER DEAN RIANO, in his official and personal capacity; OFFICER SETH ADDINGTON, in his official and personal capacity; SERGEANT CHRISTOPHER CIAMPA, in his official and personal capacity; and DOES 1-20, inclusive, individually, jointly and severally, <br><br> Defendants. | CASE NO.: 2:22-cv-00085-KJM-DB <br><br> **PETITION FOR GUARDIAN AD LITEM; AND ORDER** <br><br> **(42 U.S.C. § 1983)** <br><br> Assigned to Honorable Kimberly J. Mueller <br><br> Complaint filed: January 14, 2022 <br><br> Hearing Date: July 29, 2022 <br> Time: 10:00am |

PETITIONER H.R. by and through his mother Katherine Robles respectfully presents:

1. Petitioner is a minor.

2. Petitioner is the biological son of Katherine Robles. Katherine Robles has custody of Petitioner. The minor has a cause of action against the above-named Defendants on which a suit should be brought in this court. The cause of action arises under the provisions of 42 U.S.C. § 1983 and pendent tort claims.

4. The Petitioner has no guardian of his estate.

5. Katherine Robles is willing to serve as guardian ad litem of the Petitioner and is fully competent to understand and protect the rights of the minor and to have no interest adverse to that of the minor.

6. Petitioner has contracted with Samander Alemi, Attorney at Law, with an office located at 8484 Wilshire Blvd. Suite 235 Beverly Hills, California 90211, to prosecute the cause of actions for the minor.

WHEREFORE, Petitioner prays that Katherine Robles or some other proper person can be appointed as guardian ad litem for H.R to prosecute the above-described cause of action on behalf of H.R.

DATE: June 8, 2022                              /s/ Katherine Robles_____
                                                Katherine Robles

                                                Respectfully submitted,

                                                BY: /s/ Samander Alemi _____
                                                    Samander Alemi
                                                    Attorney for Plaintiff H.R.

## VERIFICATION

I, Katherine Robles, am the mother of the Petitioner in the above-entitled proceeding. I have read the foregoing petition and know the contents thereof. Said petition is true of my own knowledge, except as to those matters which are presented on an information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 8, 2022

                                            /s/ Katherine Robles
                                            Katherine Robles

## CONSENT OF APPOINTMENT

I hereby consent to act as guardian ad litem for the minor H.R.

Date: June 8, 2022

                                            /s/ Katherine Robles
                                            Katherine Robles

**ORDER APPOINTING GUARDIAN AD LITEM**

Having considered minor H.R.'s petition, and good cause appearing, Katherine Robles is appointed as guardian ad litem for H.R.

IT IS SO ORDERED.

DATE:   August 25, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE