ALEMI LAW
Samander Alemi (SBN 325305)
  sam@alemilaws.com
Luiza V. Dias (SBN 320629)
  luiza@volawintl.com
8484 Wilshire Blvd., Ste 235, Beverly Hills, CA 90211
Tel.: 916-837-2041  Fax: 619-535-0115

*Attorneys for Plaintiffs*

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ROBLES, an individual; and H.R., by and through his guardian ad litem Katherine Robles;<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF ROSEVILLE, a Municipal Corporation; OFFICER DEAN RIANO, in his official and personal capacity; OFFICER SETH ADDINGTON, in his official and personal capacity; SERGEANT CHRISTOPHER CLAMPA, in his official and personal capacity; and DOES 1-20, inclusive, individually, jointly and severally,<br><br>　　　　　　Defendants.　　　　　　／ | Case No.: 2:22-cv-00085-KJM-DB<br><br>**STIPULATION TO EXTEND DISCOVERY AND RELATED DEADLINES; ORDER**<br><br><br>Complaint filed: 01/14/2022 |

*{02889095.DOCX}*

1
STIPULATION TO EXTEND DISCOVERY AND RELATED DEADLINES

The parties hereto, by and through their undersigned counsel of record, hereby enter the following stipulation which they respectfully request that the Court enter as an Order in this action:

WHEREAS, on January 14, 2022, Plaintiff Katherine Robles, and minor H.R., by and through his guardian ad litem Katherine Robles (collectively "Plaintiffs"), filed a Complaint against the Defendants City of Roseville, Dean Riano, in his official and personal capacity; Seth Addington, in his official and personal capacity; Christopher Ciampa, in his official and personal capacity, (collectively "Defendants") in the United States District Court for the Eastern District of California, the Sacramento Division.

WHEREAS, on June 3, 2022, the Honorable Kimberly J. Mueller 's Minutes for the Scheduling Conference held on June 2, 2022 (ECF No. 18), established the following dates and deadlines related to discovery and related dates:

1. Fact Discovery Completion: March 31, 2023;
2. Expert Disclosures: May 12, 2023;
3. Rebuttal Expert Witnesses shall be exchanged by June 9, 2023;
4. All expert discovery shall be completed by July 7, 2023; and
5. all dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by October 6, 2023.

WHEREAS, the parties have met and conferred in good faith regarding scheduling the depositions of at least five additional depositions and further discovery to exchange;

WHEREAS, Plaintiffs' counsel has trial and other scheduled litigation for the next three months and need an extension to conduct the additional necessary discovery;

WHEREAS, the parties are discussing and at the present time intend to attend a mediation in this matter in the late-spring or early-summer, after sufficient discovery has been completed so the parties may engage in meaningful settlement discussions.

THEREFORE, the Parties hereby stipulate and jointly request that the Court grant an extension for the above listed deadlines as follows:

1. Fact Discovery Completion: November 30, 2023;
2. Expert Disclosures: February 12, 2024;

3. Rebuttal Expert Witnesses shall be exchanged by March 13, 2024;

4. All expert discovery shall be completed by April 2, 2024; and

5. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by July 6, 2024;

**IT IS SO STIPULATED.**

Dated:   1/3/2022                              ALEMI LAW

                                               By:   /s/ *Samander Alemi*
                                                     Samander Alemi
                                                     Attorney for Plaintiffs

Dated:   1/3/2022                              PORTER SCOTT
                                               A PROFESSIONAL CORPORATION

                                               By:   /s/ *William E. Camy*
                                                     William E. Camy
                                                     Attorney for Defendants

*{02889095.DOCX}*

3
STIPULATION TO EXTEND DISCOVERY AND RELATED DEADLINES

**ORDER**

Having reviewed the foregoing stipulation, and good cause appearing, the Court herby ORDERS as follows:

1. All previous deadlines for fact discovery completion, expert disclosures, rebuttal expert disclosures, expert discovery completion, and dispositive motions are VACATED.

2. The new deadlines shall be as follows:

    a. Fact Discovery Completion: November 30, 2023;

    b. Expert Disclosures: February 12, 2024;

    c. Rebuttal Expert Witness Disclosures shall be exchanged by March 13, 2024;

    d. All expert discovery shall be completed by April 2, 2024; and

    e. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by July 19, 2024.

**IT IS SO ORDERED.**

DATED:  January 13, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE