**P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Megan N. Boelter, SBN 340235
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
mboelter@porterscott.com

Attorneys for Defendants CITY OF ROSEVILLE, OFFICER DEAN RIANO, OFFICER SETH ADDINGTON, and SERGEANT CHRISTOPHER CIAMPA
*Exempt from filing fee pursuant to Government Code section 6103*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ROBLES, an individual; and H.R., by and through his guardian ad litem Katherine Robles;<br><br>                    Plaintiffs,<br><br>vs.<br><br>CITY OF ROSEVILLE, a Municipal Corporation; OFFICER DEAN RIANO, in his official and personal capacity; OFFICER SETH ADDINGTON, in his official and personal capacity; SERGEANT CHRISTOPHER CLAMPA, in his official and personal capacity; and DOES 1-20, inclusive, individually, jointly and severally,<br><br>                    Defendants.                    / | **Case No.: 2:22-cv-00085-KJM-DB**<br><br>**STIPULATION TO CONTINUE DEADLINES IN SCHEDULING ORDER AND PROPOSED ORDER**<br><br>Complaint filed: 01/14/2022 |

The parties hereto, by and through their undersigned counsel of record, hereby enter the following stipulation which they respectfully request that the Court enter as an Order in this action:

WHEREAS, on January 14, 2022, Plaintiff Katherine Robles, and minor H.R., by and through his guardian ad litem Katherine Robles (collectively "Plaintiffs"), filed a Complaint against the Defendants City

{02611750.DOCX}

of Roseville, Dean Riano, in his official and personal capacity; Seth Addington, in his official and personal capacity; Christopher Ciampa, in his official and personal capacity, (collectively "Defendants") in the United States District Court for the Eastern District of California, the Sacramento Division.

WHEREAS, on June 3, 2022, the Honorable Kimberly J. Mueller 's Minutes for the Scheduling Conference held on June 2, 2022 (ECF No. 18), established the initial dates. Whereas, pursuant to the stipulation of the parties and this Court's order, the deadlines were continued to the following dates (ECF No. 26):

1.  Fact Discovery Completion: November 30, 2023;

2.  Expert Disclosures: February 12, 2024;

3.  Rebuttal Expert Witnesses shall be exchanged by March 13, 2024;

4.  All expert discovery shall be completed by April 2, 2024; and

5.  All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by July 19, 2024.

WHEREAS, on May 30, 2023, the parties completed mediation with a private mediator. The case did not resolve at the mediation.

WHEREAS, on June 23, 2023, the Court granted Plaintiffs' request to substitute in new counsel of record.

WHEREAS, Plaintiffs' new counsel of record and Defendants' counsel have met and conferred extensively regarding issues related to discovery and a potential second private mediation session.

WHEREAS, given the foregoing, the parties need additional time to evaluate Plaintiffs' claimed injuries and damages, evaluate if a second mediation session would be a productive use of the parties' time and resources, attend a potential second mediation, and, if the second mediation is unsuccessful or if the parties determine a second mediation would not be productive, conduct further discovery to prepare the case for a dispositive motion and or trial.

THEREFORE, the Parties hereby stipulate there is good cause for and jointly request that the Court grant an extension for the above listed deadlines as follows:

1.  Fact Discovery Completion: June 28, 2024;

{02611750.DOCX}

2.  Expert Disclosures: July 26, 2024;

3.  Rebuttal Expert Witnesses shall be exchanged by August 26, 2024;

4.  All expert discovery shall be completed by October 25, 2024; and

5.  All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by January 31, 2025.

**IT IS SO STIPULATED.**

Dated:   October 9, 2023                        PORTER SCOTT
                                                A PROFESSIONAL CORPORATION


                                        By:    _/s/ *William E. Camy*_
                                                William E. Camy
                                                Megan N. Boelter
                                                Attorney for Defendants


Dated:   October 9, 2023                        THE LAW OFFICES OF DALE K. GALIPO


                                        By:    _/s/ *Dale K. Galipo*_
                                                Benjamin S. Levine
                                                Dale K. Galipo
                                                Attorneys for Plaintiffs

{02611750.DOCX}

1

## <u>ORDER</u>

2       Having reviewed the foregoing stipulation, and good cause appearing, the Court hereby amends its

3 prior scheduling orders to reflect the below revised dates:

4       1.  Fact Discovery Completion: June 28, 2024;

5       2.  Expert Disclosures: July 26, 2024;

6       3.  Rebuttal Expert Witnesses shall be exchanged by August 26, 2024;

7       4.  All expert discovery shall be completed by October 25, 2024; and

8       5.  All dispositive motions, except for motions for continuances, temporary restraining orders

9          or other emergency applications, shall be heard by January 31, 2025.

10 **IT IS SO ORDERED.**

11 Dated: October 12, 2023.

_____

CHIEF UNITED STATES DISTRICT JUDGE