**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Megan N. Boelter, SBN 340235
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
mboelter@porterscott.com

Attorneys for Defendants CITY OF ROSEVILLE, OFFICER DEAN RIANO, OFFICER SETH ADDINGTON, and SERGEANT CHRISTOPHER CIAMPA
*Exempt from filing fee pursuant to Government Code section 6103*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHERINE ROBLES, an individual; and H.R., by and through his guardian ad litem Katherine Robles;<br><br>            Plaintiffs,<br><br>vs.<br><br>CITY OF ROSEVILLE, a Municipal Corporation; OFFICER DEAN RIANO, in his official and personal capacity; OFFICER SETH ADDINGTON, in his official and personal capacity; SERGEANT CHRISTOPHER CIAMPA, in his official and personal capacity; and DOES 1-20, inclusive, individually, jointly and severally,<br><br>            Defendants.                             / | Case No.: 2:22-cv-00085-KJM-DB<br><br>**STIPULATION TO CONTINUE DEADLINES FOR EXPERT DISCLOSURES, EXPERT DISCOVERY, AND SUBSEQUENT DATES; AND ORDER**<br><br>Complaint filed: 01/14/2022 |

The Parties, by and through their respective counsel of record, hereby stipulate as follows:

1. For months, the Parties have been engaged in extensive meet and confer efforts in good faith regarding the scope of FRCP Rule 35 Examinations of Plaintiff Katherine Robles.

---

1
STIPULATION TO CONTINUE DEADLINES FOR EXPERT DISCLOSURES, EXPERT DISCOVERY, AND SUBSEQUENT DATES; AND ORDER

2. After months of meet and confer efforts, the Parties have reached an agreement regarding the scope, date, and location for two FRCP Rule 35 Examinations (a physical examination and a mental examination) of Plaintiff Katherine Robles. Further, the Parties reached an agreement for Defendants to obtain records for Plaintiff H.R. in lieu of a FRCP Rule 35 Examination. The Parties will be preparing a separate stipulation outlining those agreements.

3. In light of the foregoing, the Parties agree there is good cause to further modify the scheduling order as follows:

   a. FRCP Rule 35 Physical Examination of Plaintiff Katherine Robles: October 24, 2024
   b. FRCP Rule 35 Mental Examination of Plaintiff Katherine Robles: October 25, 2024
   c. Deadline for FRCP Rule 35 Examiners to disclose their FRCP Rule 26 and Rule 35 Reports: November 14, 2024
   d. Deadline for Expert Disclosures (other than set forth above): December 16, 2024
   e. Supplemental/Rebuttal Expert Disclosures: January 15, 2025
   f. Expert Discovery deadline: March 14, 2025
   g. All dispositive motions must be filed by: May 16, 2025

**IT IS SO STIPULATED.**

Dated: July 23, 2024

PORTER SCOTT
A PROFESSIONAL CORPORATION

By:  /s/ *William E. Camy*
         William E. Camy
         Megan N. Boelter
         Attorney for Defendants

Dated: July 23, 2024

THE LAW OFFICES OF DALE K. GALIPO

By:  /s/ *Benjamin S. Levine*
         Benjamin S. Levine
         Dale K. Galipo
         Attorneys for Plaintiffs

**ORDER**

Having reviewed the parties' stipulation, and good cause appearing, the court hereby amends its prior scheduling orders to reflect the below revised dates:

1. FRCP Rule 35 Physical Examination of Plaintiff Katherine Robles: October 24, 2024.
2. FRCP Rule 35 Mental Examination of Plaintiff Katherine Robles: October 25, 2024.
3. Deadline for FRCP Rule 35 Examiners to disclose their FRCP Rule 26 and Rule 35 Reports: November 14, 2024.
4. Deadline for Expert Disclosures (other than set forth above): December 16, 2024.
5. Supplemental/Rebuttal Expert Disclosures: January 15, 2025.
6. Expert Discovery deadline: March 14, 2025.
7. All dispositive motions must be filed by: May 16, 2025.

**IT IS SO ORDERED.**

DATED:  July 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE