**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
dalekgalipo@yahoo.com
Benjamin S. Levine, SBN 342060
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ROBLES, an individual; and H.R., by and through his guardian ad litem Katherine Robles,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROSEVILLE, a Municipal Corporation; OFFICER DEAN RIANO, in his official and personal capacity; OFFICER SETH ADDINGTON, in his official and personal capacity; SERGEANT CHRISTOPHER CIAMPA, in his official and personal capacity; and DOES 1-20, inclusive, individually, jointly, and severally,<br><br>Defendants. | **Case No. 2:22-cv-00085-DC-SCR**<br>District Judge: Hon. Dena Coggins<br>Magistrate Judge: Hon. Sean C. Riordan<br><br>**STIPULATION REGARDING FRCP 35 EXAMINATIONS OF PLAINTIFF KATHERINE ROBLES** |

IT IS HEREBY STIPULATED by and between Defendants, City of Roseville, Officer Dean Riano, Officer Seth Addington, and Sergeant Christopher Ciampa, and Plaintiffs, Katherine Robles and H.R., by and through their respective attorneys of record as follows:

/ / /

-1-
**STIPULATION REGARDING FRCP 35 EXAMINATIONS OF PLAINTIFF KATHERINE ROBLES**

1. THAT counsel for the parties have met and conferred concerning Defendants' intent to pursue two medical examinations regarding the physical and mental health of Plaintiff Katherine Robles (hereinafter "Plaintiff") pursuant to the Federal Rules of Civil Procedure, Rule 35;

2. THAT following the meet and confer efforts by and among counsel, Plaintiff has consented, subject to the conditions detailed in herein, to undergo the following examinations:

    a. A physical examination, to occur on October 24, 2024, at 8:00 a.m. at 1650 Lead Hill Blvd., Suite 600, Roseville, California 95661; and

    b. A mental examination, to occur on October 25, 2024, at 9:00 a.m. at the offices of 601 University Ave., Suite #135, Sacramento, California, 95825;

3. THAT the conditions governing the physical examination of Plaintiff, to occur on October 24, 2024, at 8:00 a.m., shall be as follows:

    a. The physical examination will be performed by Dr. Steve McIntire, MD, Ph.D;

    b. The physical examination shall be limited to evaluating Plaintiff's head and/or brain injuries and other physical symptoms and/or injuries Plaintiff alleges she sustained during and as a result of the subject incident. Aspects of Plaintiff's physical and medical condition unrelated to these injuries and symptoms are not proper subjects of the examination.

    c. The examiner may ask questions about the method of injury during the subject incident and Plaintiff's claimed physical injuries stemming therefrom, but otherwise no questions will be asked of Plaintiff regarding the facts and/or circumstances of the subject

incident or the leadup thereto. The examiner may not ask questions about subjects other than to Plaintiff's neurological condition, except that to the extent that Plaintiff experienced a prior or subsequent injury in the same area of her body as she is claiming was harmed from the subject incident, the examiner may explore the nature and extent of those injuries. The examiner may not ask questions regarding specific instances of domestic violence of which Plaintiff has been a victim that are unrelated to her claimed injuries or did not result in similar symptoms and injuries as those claimed in the present lawsuit;

d. Plaintiff will not be required or requested to answer any written questions or sign any document other than a document confirming Plaintiff's identity;

e. Plaintiff may have one observer present (attorney or agent), who may attend in person or by telephone. The observer, if an attorney, may make appropriate objections but will not interfere with the examination and will otherwise remain silent during the examination;

f. The examination will be audio-recorded. Dr. McIntire will also audio record the examination;

g. The duration of the examination will be reasonably limited to 2.5 hours, excluding any objections by Plaintiff's observer or alleged interference with the exam by Plaintiff or the observer;

/ / /

-3-
**STIPULATION REGARDING FRCP 35 EXAMINATIONS OF PLAINTIFF KATHERINE ROBLES**

  h. Inquiries and responses thereto during the examination are deemed "confidential" protected material subject to the terms of the applicable protective order issued in this case;

  i. Defendants and/or Dr. McIntyre will provide Plaintiff's counsel a copy of Dr. McIntyre's written report no later than November 14, 2024 (ECF 39);

4. THAT the conditions governing the mental examination of Plaintiff, to occur on October 25, 2024, at 9:00 a.m., shall be as follows:

  a. The mental examination shall be performed by Dr. Elliot Henderson, Ph.D;

  b. The clinical interview portion of the examination will be limited insofar as it addresses traumas (physical, mental, and emotional) prior to subject incident due to past domestic violence, and no specific instances of domestic violence will be addressed in the questioning;

  c. Plaintiff will not be required/requested to answer any written questions or sign any document other than a document confirming Plaintiff's identity;

  d. Plaintiff may have an observer present (attorney or agent) during the clinical interview portion of the examination, in person or via videoconference. The observer, if an attorney, may make appropriate objections but will not interfere with the examination and will otherwise remain silent during the examination;

  e. The clinical interview potion of the examination will be audio-recorded. Both the examiner, Dr. Henderson, and the Plaintiff and/or her attorney/agent, shall have the right to audio record the examination. Within 20 days of the examination, Defendants'

-4-
**STIPULATION REGARDING FRCP 35 EXAMINATIONS OF PLAINTIFF KATHERINE ROBLES**

and/or Dr. Henderson's audio recording of the clinical interview portion of the examination will be released to Plaintiff's counsel and retained expert, and Defendants' and/or Dr. Henderson's audio recording of the testing and battery portion of the examination will be released to Plaintiff's retained expert;

    f.  The duration of the examination will be limited to six hours total, inclusive of a clinical interview and testing and battery;

    g.  Inquiries and responses thereto during the clinical interview portion of the examination are deemed "confidential" protected material subject to the terms of the applicable protective order issued in this case;

    h.  Defendants and/or Dr. Henderson will provide Plaintiff's counsel a copy of any written notes taken by Dr. Henderson, as well as Dr. Henderson's written report, no later than November 14, 2024 (ECF 39);

    i.  Defendants and/or Dr. Henderson will provide Plaintiff's retained expert with the raw testing data from all tests conducted during the examination within 20 days of the examination.

5. THAT any and all reports prepared by the examining doctors in connection with the examinations described herein will be produced pursuant to the applicable provisions of Federal Rules of Civil Procedure, Rule 35(b), in addition to applicable provisions of this stipulation.

/ / /

/ / /

-5-
**STIPULATION REGARDING FRCP 35 EXAMINATIONS OF PLAINTIFF KATHERINE ROBLES**

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: October 23, 2024 | LAW OFFICES OF DALE K. GALIPO |
| | |
| | _/s/ Dale K. Galipo_ |
| | Dale K. Galipo |
| | Benjamin S. Levine |
| | *Attorneys for Plaintiffs* |
| | |
| Dated: October 23, 2024 | PORTER SCOTT |
| | A PROFESSIONAL CORPORATION |
| | |
| | _/s/ William E. Camy_ |
| | William E. Camy |
| | Megan N. Boelter |
| | *Attorneys for Defendants* |

-6-
**STIPULATION REGARDING FRCP 35 EXAMINATIONS OF PLAINTIFF KATHERINE ROBLES**