**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
dalekgalipo@yahoo.com
Benjamin S. Levine, SBN 342060
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ROBLES, an individual; and H.R., by and through his guardian ad litem Katherine Robles, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ROSEVILLE, a Municipal Corporation; OFFICER DEAN RIANO, in his official and personal capacity; OFFICER SETH ADDINGTON, in his official and personal capacity; SERGEANT CHRISTOPHER CIAMPA, in his official and personal capacity; and DOES 1-20, inclusive, individually, jointly, and severally, <br><br> Defendants. | **Case No. 2:22-cv-00085-DC-SCR** <br> District Judge: Hon. Dena Coggins <br> Magistrate Judge: Hon. Sean C. Riordan <br><br> **STIPULATION TO CONTINUE DEADLINES FOR EXPERT DISCLOSURES, EXPERT DISCOVERY, AND SUBSEQUENT DATES; AND PROPOSED ORDER** |

IT IS HEREBY STIPULATED by and between Defendants, City of Roseville, Officer Dean Riano, Officer Seth Addington, and Sergeant Christopher Ciampa, and Plaintiffs, Katherine Robles and H.R., by and through their respective attorneys of record as follows:

/ / /

**STIPULATION TO CONTINUE DEADLINES**

1. For months, the Parties have been engaged in extensive meet and confer efforts in good faith regarding the scope of FRCP Rule 35 Examinations of Plaintiff Katherine Robles.

2. After months of meet and confer efforts, the Parties reached an agreement regarding the scope, date, and location for two FRCP Rule 35 Examinations (a physical examination and a mental examination) of Plaintiff Katherine Robles.

3. These examinations took place on October 24 and 25, 2024. However, due to a misunderstanding regarding the timing of the examinations, Plaintiff did not complete the mental examination on October 25, 2024, and a second portion of that examination has been scheduled for December 11, 2024.

4. To allow sufficient time for the parties' experts to consider any results of this completed examination, the Parties agree there is good cause to further modify the scheduling order as follows:

    a. Deadline for Initial Expert Disclosures: January 15, 2025

    b. Deadline for Supplemental/Rebuttal Expert Disclosures: February 14, 2025

    c. Expert Discovery deadline: April 11, 2025

    d. All dispositive motions must be filed by: June 13, 2025

/ / /

/ / /

/ / /

**STIPULATION TO CONTINUE DEADLINES**

1   IT IS SO STIPULATED.

2

3   Dated: December 3, 2024          LAW OFFICES OF DALE K. GALIPO

4

5                                        __/s/ Benjamin S. Levine_____

6                                    Dale K. Galipo
                                     Benjamin S. Levine
7                                    *Attorneys for Plaintiffs*

8

9   Dated: December 3, 2024          PORTER SCOTT

10                                   A PROFESSIONAL CORPORATION

11

12                                       __/s/ William E. Camy_____

13                                   William E. Camy
                                     Megan N. Boelter
14                                   *Attorneys for Defendants*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO CONTINUE DEADLINES**