**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHERINE ROBLES, an individual; and H.R., by and through his guardian ad litem Katherine Robles,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROSEVILLE, a Municipal Corporation; OFFICER DEAN RIANO, in his official and personal capacity; OFFICER SETH ADDINGTON, in his official and personal capacity; SERGEANT CHRISTOPHER CIAMPA, in his official and personal capacity; and DOES 1-20, inclusive, individually, jointly, and severally,<br><br>Defendants. | **Case No. 2:22-cv-00085-DC-SCR**<br>District Judge: Hon. Dena Coggins<br>Magistrate Judge: Hon. Sean C. Riordan<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE DEADLINES FOR EXPERT DISCLOSURES, EXPERT DISCOVERY, AND SUBSEQUENT DATES** |

# [PROPOSED] ORDER

Having reviewed the parties' Stipulation to Continue Deadlines for Expert Disclosures, Expert Discovery, and Subsequent Dates, and Good Cause appearing, it is HEREBY ORDERED that the parties' Stipulation is GRANTED.

The scheduling order in this case is amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Initial Expert Disclosures | December 16, 2024 | January 15, 2025 |
| Supplemental/Rebuttal Expert Disclosures | January 15, 2025 | February 14, 2025 |
| Expert Discovery Cutoff | March 14, 2025 | April 11, 2025 |
| Dispositive Motion Filing Deadline | May 16, 2025 | June 13, 2025 |

IT IS SO ORDERED.

Dated: _____ December 3, 2024

_____
Hon. Dena Coggins
United States District Judge