**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Megan N. Boelter, SBN 340235
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
mboelter@porterscott.com

Attorneys for Defendants CITY OF ROSEVILLE, OFFICER DEAN RIANO, OFFICER SETH ADDINGTON, and SERGEANT CHRISTOPHER CIAMPA
*Exempt from filing fee pursuant to Government Code section 6103*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHERINE ROBLES, an individual; and H.R., by and through his guardian ad litem Katherine Robles;<br><br>           Plaintiffs,<br><br>vs.<br><br>CITY OF ROSEVILLE, a Municipal Corporation; OFFICER DEAN RIANO, in his official and personal capacity; OFFICER SETH ADDINGTON, in his official and personal capacity; SERGEANT CHRISTOPHER CIAMPA, in his official and personal capacity; and DOES 1-20, inclusive, individually, jointly and severally,<br><br>           Defendants.                   / | **Case No.: 2:22-cv-00085-DC-SCR**<br><br>**STIPULATION TO CONTINUE DEADLINES IN SCHEDULING ORDER AND PROPOSED ORDER**<br><br>Complaint filed: 01/14/2022 |

Plaintiffs Katherine Robles and H.R. ("Plaintiffs") and Defendants City of Roseville, Dean Riano, Seth Addington, and Christopher Ciampa ("Defendants") (Plaintiffs and Defendants jointly referred to as the "parties"), by and through their respective counsels of record, hereby stipulate as follows:

1. Plaintiffs disclosed Scott DeFoe as an expert witness.

*{02611750.DOCX}*

---
1
STIPULATION TO CONTINUE DEADLINES IN SCHEDULING ORDER AND PROPOSED ORDER

2. After obtaining availability, Defendants noticed Scott DeFoe's deposition. Mr. DeFoe requested the deposition be rescheduled for the morning of March 24, 2025. Although Defendants' counsel had conflicts that afternoon, Defendants' counsel agreed to reschedule the deposition because counsel initially anticipated Mr. DeFoe's deposition would be three hours or less.

3. After preparing for Mr. DeFoe's deposition, Defendants' counsel believes that Mr. DeFoe's deposition will likely last longer than three hours. Thus, the parties agreed to reschedule Mr. DeFoe's deposition for a date that it can be completed in one day.

4. Additionally, on the morning of March 24, 2025, Defendants' counsel's son became ill and had to stay home from school, thus requiring Defendants' counsel to be home with his son and further complicating completing Mr. DeFoe's deposition that morning.

5. The next available date for Mr. DeFoe's deposition that works for the parties and Mr. DeFoe is April 21, 2025. This is after the present discovery cut off date of April 11, 2025.

6. The parties stipulate to continue the expert discovery deadline to April 21, 2025, to allow the completion of Mr. DeFoe's deposition that day.

**IT IS SO STIPULATED.**

Dated:  March 24, 2025          PORTER SCOTT
                                A PROFESSIONAL CORPORATION


                                By:  /s/ *William E. Camy*
                                     William E. Camy
                                     Megan N. Boelter
                                     Attorney for Defendants


Dated:  March 24, 2025          THE LAW OFFICES OF DALE K. GALIPO


                                By:  /s/ *Benjamin S. Levine*
                                     Benjamin S. Levine
                                     Dale K. Galipo
                                     Attorneys for Plaintiffs

{02611750.DOCX}

## **[PROPOSED] ORDER**

Having reviewed the foregoing stipulation, and good cause appearing, the Court hereby amends its prior scheduling orders as follows:

1. All expert discovery shall be completed by April 21, 2025.
2. All other dates remain unchanged.

**IT IS SO ORDERED.**

Date: _____

JUDGE DENA COGGINS

*{02611750.DOCX}*