PORTER | SCOTT
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Megan N. Boelter, SBN 340235
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
mboelter@porterscott.com

Attorneys for Defendants CITY OF ROSEVILLE, OFFICER SETH ADDINGTON, OFFICER DEAN RIANO and SERGEANT CHRISTOPHER CIAMPA

***Exempt from filing fee pursuant to Government Code section 6103***

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

KATHERINE ROBLES, an individual; and H.R., by and through his guardian ad litem Katherine Robles;

Plaintiffs,

vs.

CITY OF ROSEVILLE, a Municipal Corporation; OFFICER DEAN RIANO, in his official and personal capacity; OFFICER SETH ADDINGTON, in his official and personal capacity; SERGEANT CHRISTOPHER CiAMPA, in his official and personal capacity; and DOES 1-20, inclusive, individually, jointly and severally,

Defendants. /

**Case No.: 2:22-cv-00085-DC-SCR**

**STIPULATION FOR PARTIAL DISMISSAL; [PROPOSED] ORDER**

Complaint filed: 01/14/2022

Plaintiffs KATHERINE ROBLES, an individual; and H.R., by and through his guardian ad litem Katherine Robles (collectively "Plaintiffs") and Defendants CITY OF ROSEVILLE, a Municipal Corporation; OFFICER DEAN RIANO, in his official and personal capacity; OFFICER SETH ADDINGTON, in his official and personal capacity; SERGEANT CHRISTOPHER CIAMPA, in his official and personal capacity (collectively "Defendants") (Plaintiffs and Defendants collectively referred to as the "Parties"), by and through their respective counsels of record, hereby stipulate as follows:

A. The Parties met and conferred in advance of Defendants' filing a Motion for Summary Judgment.

B. As a result of the good faith meet and confer efforts, and in exchange for Defendants' not filing a Motion for Summary Judgment or Summary Adjudication, Plaintiffs have agreed to voluntarily dismiss the following claims:

1. Plaintiffs have agreed to dismiss all claims against Defendant Christopher Ciampa;
2. Plaintiffs have agreed to dismiss all claims against Defendant Seth Addington;
3. Plaintiffs have agreed to dismiss all claims for punitive damages / prayer for punitive damages;
4. Plaintiffs have agreed to dismiss the third claim for relief for "First Amendment – Freedom of Speech" in its entirety;
5. Plaintiffs have agreed to dismiss the fourth claim for relief for "Fourteenth Amendment – Failure to Intervene" in its entirety;
6. Plaintiffs have agreed to dismiss the fifth claim for relief for "Fourteenth Amendment – Deliberate Indifferent to Serious Medical Need" in its entirety; and
7. Plaintiffs have agreed to dismiss the sixth claim for relief for "Municipal Liability under 42 U.S.C. § 1983" in its entirety.

C. As a result of the good faith meet and confer efforts, and in exchange for Plaintiffs dismissing the claims referenced above, Defendants have agreed not to file a Motion for Summary Judgment or Summary Adjudication.

Given the foregoing, pursuant to FRCP Rule 41(a)(1)(A)(ii), the above refenced claims should be dismissed with prejudice, with each side to bear its own costs and fees for the above referenced claims only,

and the Court should enter an order precluding the filing of any Motion for Summary Judgment or Summary Adjudication.

**IT IS SO STIPULATED.**

Dated: June 13, 2025                  THE LAW OFFICES OF DALE K. GALIPO

                                      By:    */s/ Benjamin S. Levine*
                                             Dale K. Galipo
                                             Benjamin S. Levine
                                             Attorneys for Plaintiffs KATHERINE
                                             ROBLES and H.R.

Dated: June 13, 2025                  PORTER SCOTT
                                      A PROFESSIONAL CORPORATION

                                      By:    */s/ Megan N. Boelter*
                                             William E. Camy
                                             Megan N. Boelter
                                             Attorneys for Defendants CITY OF
                                             ROSEVILLE, OFFICER SETH
                                             ADDINGTON, OFFICER DEAN RIANO
                                             and SERGEANT CHRISTOPHER CIAMPA


**[PROPOSED] ORDER**

Having reviewed the foregoing stipulation, and good cause appearing, pursuant to FRCP Rule 41(a)(1)(A)(ii), the Court hereby Orders as follows:

1. Defendant Christopher Ciampa is hereby dismissed.
2. Defendant Seth Addington is hereby dismissed.
3. Plaintiffs' claims for punitive damages / prayer for punitive damages is hereby dismissed.
4. Plaintiffs' third claim for relief for "First Amendment – Freedom of Speech" is hereby dismissed.
5. Plaintiffs' fourth claim for relief for "Fourteenth Amendment – Failure to Intervene" is hereby dismissed.
6. Plaintiffs' fifth claim for relief for "Fourteenth Amendment – Deliberate Indifferent to Serious Medical Need" is hereby dismissed.
7. Plaintiffs' sixth claim for relief for "Municipal Liability under 42 U.S.C. § 1983" is hereby dismissed.
8. No Motion for Summary Judgment or Summary Adjudication pursuant to FRCP Rule 56 may be filed in this action by any party.

Each party will bear its own costs and fees associated with the foregoing dismissed claims.

**IT IS SO ORDERED.**

Dated:

______________________________________

HON. DENA COGGINS
UNITED STATES DISTRICT JUDGE