**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Megan N. Boelter, SBN 340235
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
mboelter@porterscott.com

Attorneys for Defendants CITY OF ROSEVILLE and OFFICER DEAN RIANO
*Exempt from filing fee pursuant to Government Code section 6103*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ROBLES, an individual; and H.R., by and through his guardian ad litem Katherine Robles;<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF ROSEVILLE, a Municipal Corporation; OFFICER DEAN RIANO, in his official and personal capacity; OFFICER SETH ADDINGTON, in his official and personal capacity; SERGEANT CHRISTOPHER CLAMPA, in his official and personal capacity; and DOES 1-20, inclusive, individually, jointly and severally,<br><br>        Defendants. | **Case No.: 2:22-cv-00085-DC-SCR**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FINAL PRETRIAL CONFERENCE**<br><br>Complaint filed: 01/14/2022 |

//
//
//
//
//
//
//

---

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE FINAL PRETRIAL CONFERENCE

Plaintiffs KATHERINE ROBLES and H.R. ("Plaintiffs") and Defendants CITY OF ROSEVILLE and OFFICER DEAN RIANO ("Defendants")[1] (Plaintiffs and Defendants collectively referred to as the "parties"), by and through their respective counsels of record, hereby stipulate as follows:

1. On June 16, 2025, after the deadline to file a dispositive motion passed, the Court on its own motion set a Final Pretrial Conference for September 12, 2025, at 1:30 p.m. in Courtroom 8, before Judge Dena M. Coggins.

2. The parties have scheduled a Settlement Conference with Magistrate Judge Dennis M. Cota for November 3, 2025, at 9:30 a.m. via Zoom.

3. In order to facilitate meaningful settlement discussions, and for the efficient use of the Court and parties' resources, the parties agree there is good cause to continue the Final Pretrial Conference to a date after the Settlement Conference.

4. After obtaining the Court's available dates from the Courtroom Clerk, the parties have agreed on November 14, 2025, at 1:30 p.m., as the new date for the Final Pretrial Conference. The parties request that the deadline for the Joint Pretrial Statement be re-calendared based on the new Final Pretrial Conference date.

Dated: August 12, 2025        PORTER SCOTT
                              A PROFESSIONAL CORPORATION


                              By:   /s/ *Megan N. Boelter*
                                    William E. Camy
                                    Megan N. Boelter
                                    Attorneys for Defendants


Dated: August 12, 2025        THE LAW OFFICES OF DALE K. GALIPO


                              By:   /s/ *Benjamin S. Levine*
                                    Benjamin S. Levine
                                    Dale K. Galipo
                                    Attorneys for Plaintiffs

---

[1] Defendants OFFICER SETH ADDINGTON and SERGEANT CHRISTOPHER CIAMPA have been dismissed.

### [PROPOSED] ORDER

Having reviewed the foregoing stipulation, and good cause appearing, the Court hereby continues the Final Pretrial Conference date to November 14, 2025, at 1:30 p.m. in Courtroom 8, before District Judge Dena M. Coggins. No later than twenty-one (21) days before the Final Pretrial Conference on November 14, 2025, the parties shall file a Joint Pretrial Statement.

**IT IS SO ORDERED.**

Date: _____

                                              JUDGE DENA M. COGGINS