LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ROBLES, an individual; and H.R., by and through his guardian ad litem Katherine Robles,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROSEVILLE, a Municipal Corporation; OFFICER DEAN RIANO, in his official and personal capacity; OFFICER SETH ADDINGTON, in his official and personal capacity; SERGEANT CHRISTOPHER CIAMPA, in his official and personal capacity; and DOES 1-20, inclusive, individually, jointly, and severally,<br><br>Defendants. | Case No. 2:22-cv-00085-DC-SCR<br><br>*Hon. District Judge Dena Coggins*<br><br>**JOINT EXHIBIT LIST**<br><br>Date: November 14, 2025<br>Time: 1:30 p.m. |

Pursuant to this Court's Orders (Dkt. 49, 53) and Local Rule 281, the parties submit their list of anticipated exhibits at trial. As noted in the parties' joint pretrial statement, the parties respectfully request leave to amend or supplement their exhibit lists prior to trial.

/ / /

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| **Joint Exhibits** | | | |
| JX-1 | Incident Report (DEF 9-40 and 109-124) | | |
| JX-2 | Use of Force Report (DEF 53-60) | | |
| JX-3 | CAD Report (DEF 106-108) | | |
| JX-4 | Photographs of Plaintiff (DEF 1806-1828) | | |
| JX-5 | 5/12/21 Superior Court of California, County of Placer Criminal Minutes (PLT 2552) | | |

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| **Plaintiffs' Exhibits** | | | |
| 1 | Profile Nail Salon surveillance video recording of incident | | |
| 2 | Police reports regarding incident (DEF 00009-00040, 00053-00060, 00109-00124) | | |
| 3 | Photographs of Plaintiff Katherine Robles after incident (some produced by Plaintiffs in 5/12/22 initial disclosures, not bates-stamped; DEF 1806, 1812-1813, 1816-1818) | | |
| 4 | Plaintiff Katherine Robles criminal court records (PLT 002552-002555) | | |
| 5 | Plaintiffs' medical records (DEF 003266-003412, 003464-003936, 003949-004598, 004894-004987, 005285-005568) | | |

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | **Defendants' Exhibits** | | |
| A | 911 Audio Recording (DEF 125) | | |
| B | Dispatch Audio Recording (DEF 126) | | |
| C | Audio Recording of Interview with Plaintiff Katherine Robles and Sgt. Pratt (DEF 1800 and 1803) | | |
| D | Audio Recording of Conversation between Plaintiff Katherine Robles and Sgt. Ciampa (DEF 1804) | | |
| E | Plaintiff Katherine Robles' records from South Placer County Jail (DEF 1871-1875 and 1830-1844) | | |
| F | Plaintiff Katherine Robles' medical records from WellPath (DEF 1846-1867 and 5515-5559) | | |
| G | Synced Security Footage from Profile Nail Salon (8 videos) | | |
| H | Non-synced Security Footage from Profile Nail Salon (8 videos) | | |
| I | Security Footage #8 with Enhanced Audio (From McFarlane) | | |
| J | Security Footage #8 with Magnify (From McFarlane) | | |
| K | Security Footage #8 with Audio Not Enhanced (From McFarlane | | |
| L | Security Footage #8 Use of Force Slow Motion (From McFarlane) | | |
| M | Security Footage #8 Footage Short Enhanced Audio (From McFarlane) | | |
| N | Robert McFarlane Expert Report (34 pages) | | |
| O | Robert McFarlane CV | | |
| P | 006 Critical Images from McFarlane (463 pages) | | |
| Q | 007 Critical Images Magazine Throw from McFarlane (20 pages) | | |
| R | Letter of Exhibits from McFarlane (3 pages) | | |
| S | David Blake Expert Report (78 pages) | | |
| T | David Blake CV | | |
| U | Dr. Geofrey Desmoulin Expert Report (80 pages) | | |
| V | Dr. Geofrey Desmoulin CV | | |
| W | Dr. Elliot Henderson IME Expert Report (2 pages) | | |
| X | Dr. Elliot Henderson Record Review Report (39 pages) | | |
| Y | Dr. Elliot Henderson CV | | |
| Z | Dr. Kimberly Miller Record Review Report (23 | | |

| | | |
|---|---|---|
| | | pages) |
| AA | Dr. Kimberly Miller CV | |
| BB | Dr. David Seidenwurm Presentation (23 slides) | |
| CC | Dr. David Seidenwurm Report (5 pages) | |
| DD | David Seidenwurm CV | |
| EE | Dr. Steve McIntire's Report (183 pages) | |
| FF | Dr. Steve McIntire's CV | |
| GG | Derrick Olzack Rule 26 Letter (3 pages) | |
| HH | Derrick Olzack's Evaluation of Past Medical Billing Report (14 pages) | |
| II | Derrick Olzack's Evaluation of Past Medical Billing – Howell (18 pages) | |
| JJ | Derrick Olzack's List of Records Received (3 pages) | |
| KK | Derrick Olzack's Billing References (11 pages) | |
| LL | Derrick Olzack's CV | |
| MM | Coast Guard Investigative Service Case Management Report (DEF 5628) | |
| NN | U.S. Department of Homeland Security United States Coast Guard Military Protective Orders and Memorandums (PLT 411-493, 496-497, 499-509, 778-782, 784, 801-805, and 849-850) | |
| OO | Court History Report (DEF 5617) | |
| PP | Fort Bragg Police Department Records (69 pages) | |
| QQ | October 16, 2017, Fort Bragg Police Department Report (DEF 5612-5616) | |
| RR | Audio Recording from Fort Bragg Police Department #FG1801615 (1 audio recording) | |
| SS | Audio Recording from Fort Bragg Police Department #F201700364 (1 audio recording) | |
| TT | Plaintiff Katherine Robles' Insurance Services Office Report (DEF 5569-5611) | |
| UU | August 5, 2020, Geico Insurance Records (4 pages) | |
| VV | May 12, 2021, Farmers Insurance Records (6 pages) | |
| WW | October 15, 2021, Chula Vista Traffic Collision Report (4 pages) | |
| XX | Collision Dynamics Records from March 5, 2022, (51 pages) | |
| YY | April 26, 2022, letter from Collision Dynamics related to March 5, 2022, Claim (PLT 2506-2510) | |
| ZZ | March 5, 2022, Aspire General Insurance Company Records (PLT 383-410) | |
| AAA | May 13, 2022, State Farm Insurance Records Related to Claim Number 55-33Z2-27K (58 pages) | |

| | | | | |
|---|---|---|---|---|
| BBB | October 17, 2022, State Farm Insurance Records Related to Claim Number 55-40R2-76V (PLT 368) | | | |
| CCC | October 18, 2022, Integon National Insurance Company Records Related to Claim Number 210516502-1 (41 pages) | | | |
| DDD | February 24, 2023, State Farm Insurance Records Related to Claim Number 55-46F3-62L (23 pages) | | | |
| EEE | March 14, 2023, State Farm Insurance Records Related to Claim Number 55-46T6-64S (14 pages) | | | |
| JJJ | May 5, 2023, Geico Insurance Records (5 pages) | | | |
| KKK | May 5, 2023, State Farm Insurance Records Related to Claim Number 55-49H9-91J (33 pages) | | | |
| LLL | September 26, 2023, State Farm Insurance Records Related to Claim Number 55-56S5-86M (100 pages) | | | |
| MMM | February 26, 2024, State Farm Insurance Records Related to Claim Number 55-44G4-36C (9 pages) | | | |
| NNN | March 5, 2018, Roseville Police Department Incident Report (DEF 77-78) | | | |
| OOO | March 31, 2018, Roseville Police Department Incident Report (DEF 79-80) | | | |
| PPP | August 17, 2018, Auburn Police Department Report (PLT 1-2) | | | |
| QQQ | November 7, 2018, Roseville Police Department Incident Report (DEF 81-82) | | | |
| RRR | November 16, 2018, Roseville Police Department Incident Report (DEF 83-84) | | | |
| SSS | December 11, 2018, Auburn Police Department Report (PLT 3-5) | | | |
| TTT | February 16, 2019, Roseville Police Department Incident Report (DEF 85-86) | | | |
| UUU | February 28, 2019/March 7, 2019, Auburn Police Department Report (PLT 6-7) | | | |
| VVV | March 10, 2019/March 11, 2019, Auburn Police Department Report (PLT 8-10) | | | |
| WWW | May 10, 2019, Auburn Police Department Report (PLT 11-12) | | | |
| XXX | June 19, 2019, Roseville Police Department Incident Report (DEF 87-88) | | | |
| YYY | July 8, 2019, Roseville Police Department Incident Report (DEF 89-90) | | | |
| ZZZ | August 27, 2019, Roseville Police Department Incident Report (DEF 91-92) | | | |
| AAAA | September 12, 2019, Roseville Police Department Incident Report (DEF 93-94) | | | |
| BBBB | September 18, 2019, CHP Arrest/Investigation | | | |

| | | | | |
|---|---|---|---|---|
| | | Report (DEF 5618-5627) | | |
| | **CCCC** | October 8, 2019, Roseville Police Department Incident Report (DEF 95-96) | | |
| | **DDDD** | October 18, 2019, Roseville Police Department Incident Report (DEF 97-98) | | |
| | **EEEE** | November 8, 2019, Roseville Police Department Incident Report (DEF 99) | | |
| | **FFFF** | November 20, 2019, Roseville Police Department Incident Report (DEF 100-101) | | |
| | **GGGG** | December 18, 2019, Roseville Police Department Incident Report (DEF 102-103) | | |
| | **HHHH** | April 15, 2020, Roseville Police Department Incident Report (DEF 104-105) | | |
| | **IIII** | June 7, 2020, Roseville Police Department Incident Report (DEF 106-107) | | |
| | **JJJJ** | August 20, 2020, Roseville Police Department Incident Report (DEF 108-109) | | |
| | **KKKK** | September 7, 2020, Roseville Police Department Incident Report (DEF 110-111) | | |
| | **LLLL** | December 30, 2020, Roseville Police Department Incident Report (DEF 112-113) | | |
| | **MMMM** | February 20, 2021, Roseville Police Department Incident Report (DEF 114-115) | | |
| | **NNNN** | February 27, 2021, Roseville Police Department Incident Report (DEF 116-117) | | |
| | **OOOO** | March 18, 2021, Roseville Police Department Incident Report (DEF 118-121) | | |
| | **PPPP** | February 21, 2021, Roseville Police Department Incident Report (DEF 122-124) | | |
| | **QQQQ** | Chula Vista Police Department Call for Service from June 1, 2021, to July 22, 2022 (PLT 13-16) | | |
| | **RRRR** | July 18, 2022, San Diego Police Department Crime/Incident Report (5 pages) | | |
| | **SSSS** | July 18, 2022, San Diego Police Department Incident Report (PLT 1804-1806) | | |
| | **TTTT** | November 7, 2022, Los Angeles Police Department Investigative Report (7 pages) | | |
| | **UUUU** | November 7, 2022, -November 15, 2022, Los Angeles Police Department Investigative Report (PLT 1731-1734) | | |
| | **VVVV** | April 18, 2023, Los Angeles Police Department Incident Report (3 pages) | | |
| | **WWWW** | April 18, 2023, Los Angeles Police Department Investigative Report and Detective's Case Progress Log (6 pages) | | |
| | **XXXX** | April 18, 2023, Body Worn Camera Footage from | | |

| | | | |
|---|---|---|---|
| | | Los Angeles Police Department (X60A8520M) | |
| YYYY | April 18, 2023, Body Worn Camera Footage from Los Angeles Police Department (X60A77661W) | | |
| ZZZZ | Juvenile and Domestic Relations District Court, Fairfax County Records (PLT 33-120, 836-837, 854-856, and 2365-2404) | | |
| AAAAA | Superior Court of California, County of Mendocino, Family Court Records (PLT 122-147, 171-251, 259, 303-321, 623-624, 629-630, 1697-1727, 2159-2231, and 2233-2244) | | |
| BBBBB | Superior Court of California County of San Diego, Family Court Records (PLT 148-170 and 252-258, 586-590, 594-612, 620-622, 1683-1696, 2232, and 2245-2254) | | |
| CCCCC | Superior Court of California, County of Placer, Family Court Records (PLT 322-363, 514-525, 529-568, 571-574, 577-582, 625-628, 631-649, 652-708, 725-774, 783, 785-797, 806-835, 839-848, 851-852, 857-929, 941-1018, 1026-1033, 1041-1128, 1166-1680, 1735-1736, 1743-1791, 1816-2081, 2256-2364, and 2418-2551) | | |
| DDDDD | Superior Court of California, Count of Ventura, Family Court Records (PLT 583-585, 591-593, and 613-619) | | |
| EEEEE | Email Correspondence between Plaintiff and Coast Guard (PLT 498) | | |
| FFFFF | September 6, 2018, Victim Impact Letter from Plaintiff Kathrine Robles (PLT 2405-2406) | | |
| GGGGG | April 28, 2020, Letter from Katherine Robles (PLT 510-513) | | |
| HHHHH | Email Correspondence from Plaintiff Kathrine Robles (PLT 2407-2418, 2422-2438) | | |
| IIIII | February 15, 2018, Letter from Ashley Knapp (PLT 2439) | | |
| JJJJJ | January 31, 2019, Carol I. Fox, MFT, Questionnaire (PLT 296-302) | | |
| KKKKK | February 25, 2019, Carol I. Fox, MFT, Report and Recommendations (PLT 262-291 and 1086-1124) | | |
| LLLLL | Placer County Emergency Response Referral Information Form (PLT 1129-1157) | | |
| MMMMM | San Diego County Emergency Response Referral Information Form (PLT 1497-1501) | | |
| NNNNN | Complaint filed in Superior Court of California, San Diego in Katherine Robles v. General Motors, LLC, et al (PLT 369-377) | | |
| OOOOO | Victim Compensation Board Records (PLT 2449- | | |

| | | | |
|---|---|---|---|
| | | 2486) | |
| PPPPP | Notice of Unemployment Insurance Claim/Reward from Employment Development Department (PLT 17-32 | | |
| QQQQQ | August 4, 2017, Special Needs Enrollment Form for Plaintiff H.R. (PLT 1223-1232) | | |
| RRRRR | July 3, 2019, Plaintiff H.R.'s education records from Growing Brilliant (PLT 1023-1024) | | |
| SSSSS | July 9, 2019, Plaintiff H.R.'s medical records from Dr. Lothar Mader, PhD, (four pages) | | |
| TTTTT | August 5, 2019, Plaintiff H.R.'s medical records from The Davis Group Counseling and Wellness Services (PLT 1021) | | |
| UUUUU | August 6, 2019, Plaintiff H.R.'s medical records from Dr. Lothar Mader, PhD (PLT 1022) | | |
| VVVVV | October 4, 2019, Misconduct Citation from Fiddyment Farm for Plaintiff H.R. (one page) | | |
| WWWWW | Plaintiff H.R.'s academic records from Chula Vista Elementary School District (690 pages) | | |
| XXXXX | Dr. Lothar Mader, PhD's handwritten notes regarding Plaintiff H.R. (seven pages) | | |
| YYYYY | Plaintiff H.R.'s medical records from Optimal Neurofeedback (20 pages) | | |
| ZZZZZ | Plaintiff H.R.'s medical records from Rocklin Family Practice and Sports Medicine from April 11, 2018, until February 19, 2021 (92 pages and PLT 930) | | |
| AAAAAA | Plaintiff H.R.'s education records from Roseville City School District | | |
| BBBBBB | Plaintiff H.R.'s education records from Sundown Elementary School | | |
| CCCCCC | Plaintiff Katherine Robles' medical records from Mendocino Coast Clinics (206 pages) | | |
| DDDDDD | Wisdom Pathway Institute Report (PLT 1456-1469 and 1792-1803) | | |
| EEEEEE | Plaintiff Katherine Robles' records from Dr. Susan Pepperwood (nine pages) | | |
| FFFFFF | Hope Transitional Records (PLT 2139) | | |
| GGGGGG | April 6, 2020, Plaintiff Kathrine Robles' medical records from Michelle C. Evans, MSW, LCSW (PLT 2255) | | |
| HHHHHH | Dean Riano POST Records (DEF 1878-1881) | | |
| IIIIII | Roseville Police Department Policies and Procedures (DEF 132-1773) | | |
| JJJJJJ | Plaintiff Katherine Robles' Responses to City's Interrogatories Set One | | |

JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| KKKKKK | Plaintiff Katherine Robles' Amended Responses to City's Interrogatories Set One | | |
| LLLLLL | Plaintiff Katherine Robles' Supplemental Responses to City's Interrogatories, Set One | | |
| MMMMMM | Plaintiff Katherine Robles' Responses to City's Interrogatories Set Two | | |
| NNNNNN | Plaintiff Katherine Robles' Responses to Riano's Interrogatories, Set One | | |
| OOOOOO | Plaintiff Katherine Robles' Responses to Riano's Interrogatories, Set Two | | |
| PPPPPP | Plaintiff H.R.'s Responses to Riano's Interrogatories, Set One | | |
| QQQQQQ | Plaintiff H.R.'s Responses to Riano's Interrogatories, Set Two | | |
| RRRRRR | Plaintiff H.R.'s Responses to Riano's Interrogatories, Set Three | | |
| SSSSSS | Plaintiff H.R.'s Supplemental Responses to Riano's Interrogatories, Set Two | | |
| TTTTTT | Plaintiff Kathrine Robles' Responses to City's Requests for Admission, Set One | | |
| UUUUUU | Plaintiff Kathrine Robles' Amended Responses to City's Requests for Admission, Set One | | |
| VVVVVV | | | |

DATED: October 24, 2025        LAW OFFICES OF DALE K. GALIPO

  /s/ Benjamin S. Levine
DALE K. GALIPO
BENJAMIN S. LEVINE
Attorneys for Plaintiffs

DATED: October 24, 2025        PORTER SCOTT

  /s/ Megan N. Boelter (as authorized 10/24/25)
WILLIAM E. CAMY
MEGAN N. BOELTER
Attorneys for Defendants