LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ROBLES, an individual; and H.R., by and through his guardian ad litem Katherine Robles, <br><br>    Plaintiffs, <br><br>    v. <br><br> CITY OF ROSEVILLE, a Municipal Corporation; OFFICER DEAN RIANO, in his official and personal capacity; OFFICER SETH ADDINGTON, in his official and personal capacity; SERGEANT CHRISTOPHER CIAMPA, in his official and personal capacity; and DOES 1-20, inclusive, individually, jointly, and severally, <br><br>    Defendants. | Case No. 2:22-cv-00085-DC-SCR <br><br> *Hon. District Judge Dena Coggins* <br><br> **PLAINTIFFS' WITNESS LIST** <br><br> Date: November 14, 2025 <br> Time: 1:30 p.m. |

Pursuant to this Court's Orders (Dkt. 49, 53) and Local Rule 281, Plaintiffs' submit their list of anticipated witnesses they may call at trial. As noted in the parties' joint pretrial statement, the parties respectfully request leave to amend or supplement their witness lists prior to trial.

## PLAINTIFFS' WITNESS LIST

a. Katherine Robles (Plaintiff)
b. H.R. (Plaintiff)
c. Ariel Robles
d. Dean Riano (Defendant)
e. Seth Addington
f. Douglas Blake
g. Amanda Hicks
h. Deborah Kerr
i. Hieu Phan
j. Scott A. DeFoe (Plaintiffs' police practices expert)
k. David R. Patterson, M.D. (Plaintiffs' brain injury expert)
l. Lester M. Zackler, M.D. (Plaintiffs' neuropsychiatry expert)
m. Bennett Williamson, Ph.D, Q.M.E. (Plaintiffs' psychology expert)
n. Sara Siavoshi, D.O. (Plaintiffs' non-retained treating medical expert)
o. Christina R. Lindemann, M.S. (Plaintiffs' non-retained treating medical expert)
p. Christian C. Bannerman, M.D. (Plaintiffs' non-retained treating medical expert)
q. Alice Marolla (Plaintiffs' non-retained treating medical expert)
r. Andrew Lin, D.O. (Plaintiffs' non-retained treating medical expert)
s. Lisa Glaser (Plaintiffs' non-retained treating medical expert)
t. Dana Dunlavey, M.D. (Plaintiffs' non-retained treating medical expert)
u. Aaron Breit, M.D. (Plaintiffs' non-retained treating medical expert)
v. Kayvan D. Haddadan, M.D. (Plaintiffs' non-retained treating medical expert)
w. Neda Khodaparast, Psy.D, Q.M.E. (Plaintiffs' non-retained treating medical expert)
x. David Lipsitt, Psy.D (Plaintiffs' non-retained treating medical expert)
y. Kate Messina
z. David Kheradyar, M.D.

aa. Deven Khosla, M.D.

DATED: October 24, 2025    LAW OFFICES OF DALE K. GALIPO

*/s/ Benjamin S. Levine*
DALE K. GALIPO
BENJAMIN S. LEVINE
Attorneys for Plaintiffs