**P O R T E R  |  S C O T T**

A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Megan N. Boelter, SBN 340235
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
mboelter@porterscott.com

Attorneys for Defendants CITY OF ROSEVILLE and OFFICER DEAN RIANO
*Exempt from filing fee pursuant to Government Code section 6103*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ROBLES, an individual; and H.R., by and through his guardian ad litem Katherine Robles; | **Case No.: 2:22-cv-00085-DC-SCR** |
| Plaintiffs, | **DEFENDANTS CITY OF ROSEVILLE AND OFFICER DEAN RIANO'S WITNESS LIST** |
| vs. | |
| CITY OF ROSEVILLE, a Municipal Corporation; OFFICER DEAN RIANO, in his official and personal capacity; OFFICER SETH ADDINGTON, in his official and personal capacity; SERGEANT CHRISTOPHER CLAMPA, in his official and personal capacity; and DOES 1-20, inclusive, individually, jointly and severally, | Complaint filed: 01/14/2022 |
| Defendants. _____/ | |

//

//

//

---
1

Defendants CITY OF ROSEVILLE and OFFICER DEAN RIANO ("Defendants") hereby submit the following witnesses they may call at trial in the above-captioned matter. Defendants reserve the right to call any of the below-named witnesses as an Impeachment or Rebuttal Witnesses or to call persons named in Plaintiffs KATHERINE ROBLES and H.R.'s Witness List or persons not named below as an Impeachment or Rebuttal Witness.

| | **WITNESS NAME** |
|---|---|
| 1 | Katherine Robles |
| 2 | Ariel Robles |
| 3 | H.R. |
| 4 | Dean Riano |
| 5 | Seth Addington |
| 6 | Christopher Ciampa |
| 7 | Shannon Rauls |
| 8 | Rob Pratt |
| 9 | Matthew Hernandez |
| 10 | Douglas Blake |
| 11 | Deborah Kerr |
| 12 | Robert Kerr |
| 13 | Amanda Hicks |
| 14 | Diane Lewis |
| 15 | Hieu Thanh Phan |
| 16 | Diana McGinnis |
| 17 | Jamie Smith |
| 18 | Brendan Boyes |
| 19 | Joe McInerney |

| 20 | Kim Parino |
|----|------------|
| 21 | B. Lukenbill |
| 22 | S. Nowak |
| 23 | Gavin Robles |
| 24 | Henry Robles III |
| 25 | Christina Porteous |
| 26 | Sierra Noel Jansen |
| 27 | Robert McFarlane (Defendants' Retained Expert) |
| 28 | Dr. Geoffrey Desmoulin (Defendants' Retained Expert) |
| 29 | David Blake (Defendants' Retained Expert) |
| 30 | Dr. Steve McIntire (Defendants' Retained Expert) |
| 31 | Dr. Elliot Henderson (Defendants' Retained Expert) |
| 32 | Dr. David Seidenwurm (Defendants' Retained Expert) |
| 33 | Derrick Olzack (Defendants' Retained Expert) |
| 34 | Dr. Kimberly Miller (Defendants' Retained Expert) |
| 35 | Bruce Roe (Defendants' Non-Retained Expert) |
| 36 | Dr. Katherine A. Messina (Defendants' Non-Retained Expert) |
| 37 | Dr. Lothar Mader (Defendants' Non-Retained Expert) |
| 38 | Dr. Susan Pepperwood (Defendants' Non-Retained Expert) |
| 39 | Diana Kwong (Defendants' Non-Retained Expert) |
| 40 | Kimberly Sosik (Defendants' Non-Retained Expert) |
| 41 | Brandon Duarte (Defendants' Non-Retained Expert) |
| 42 | Dr. Russell Reinbolt (Defendants' Non-Retained Expert) |
| 43 | Dr. Michael Hurst (Defendants' Non-Retained Expert) |
| 44 | Carli Mailani Auwae Steele (Defendants' Non-Retained Expert) |
| 45 | Christina Lidemann (Defendants' Non-Retained Expert) |
| 46 | Bruce Body (Defendants' Non-Retained Expert) |

| 47 | Dr. Wade Gray (Defendants' Non-Retained Expert) |
| 48 | Dr. Brent Wright (Defendants' Non-Retained Expert) |
| 49 | Dr. Kirill Shishlov (Defendants' Non-Retained Expert) |
| 50 | Dr. Megan Jackson (Defendants' Non-Retained Expert) |
| 51 | Marisol Schumm (Defendants' Non-Retained Expert) |

Dated:    October 24, 2025               PORTER SCOTT
                                        A PROFESSIONAL CORPORATION


                                        By:    /s/ *Megan N. Boelter*
                                               William E. Camy
                                               Megan N. Boelter
                                               Attorneys for Defendants