**VERIFICATION BY MINOR'S GUARDIAN *AD LITEM***

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on __1/20/2026__, at Los Angeles, California.

DocuSigned by:

/s/ Katherine Robles
86969C54BAF8492...

Katherine Robles, as Guardian *ad Litem* for H.R.

-1-

VERIFICATION BY KATHERINE ROBLES AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF H.R.