**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ROBLES, an individual; and H.R., by and through his guardian ad litem Katherine Robles,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROSEVILLE, a Municipal Corporation; OFFICER DEAN RIANO, in his official and personal capacity; OFFICER SETH ADDINGTON, in his official and personal capacity; SERGEANT CHRISTOPHER CIAMPA, in his official and personal capacity; and DOES 1-20, inclusive, individually, jointly, and severally,<br><br>Defendants. | **Case No. 2:22-cv-00085-DC-SCR**<br><br>*Hon. Dena Coggins*<br><br>**SUPPLEMENTAL DECLARATION OF BENJAMIN S. LEVINE IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR APPROVAL OF COMPROMISE OF THE CLAIMS OF MINOR PLAINTIFF H.R.** |

SUPPLEMENTAL DECLARATION OF BENJAMIN S. LEVINE

**DECLARATION OF BENJAMIN S. LEVINE**

I, Benjamin S. Levine, do hereby declare as follows:

1. I am an attorney licensed to practice law in the United States District Court for the Eastern District of California. I am one of the attorneys of record for the Plaintiffs in this action. I have personal knowledge of the matters stated herein and would and could testify competently thereto if called. I make this supplemental declaration in support of Plaintiffs' *ex parte* application for approval of the compromise of the claims of minor plaintiff H.R., by and through his Guardian *ad Litem*, Katherine Robles.

2. During this litigation, Defendants have disputed nearly all of Plaintiffs' allegations. Relying on surveillance video that partly captured the incident, interview statements, deposition testimony, medical records, and their eight retained expert witnesses, Defendants have contended that although the takedown did occur, Ms. Robles's head never struck the ground at all; that Ms. Robles's claimed injuries, including a traumatic brain injury and other neurological complications, were exaggerated or even fabricated; that before making physical contact with Ms. Robles, Ofc. Riano told her she was not free to leave, but she nevertheless attempted to walk away; that Ms. Robles repeatedly attempted to forcibly pull away from Ofc. Riano before he took her to the ground; and that, based on the foregoing, Ofc. Riano's use of force against and arrest of Ms. Robles were reasonable. Defendants have further contended that H.R. did not observe the takedown at the time it occurred; and that, due to prior unrelated incidents, H.R. suffered from preexisting emotional distress, muddying the waters as to causation in this case.

3. Attached as **Exhibit A** is a true and correct copy of the First Amended Complaint in *Shannon Welch v. County of Tulare et al.*, No. 1:22-cv-00755-KES-HBK (E.D. Cal.). That matter settled in June 2024 for $250,000.

4. Attached as **Exhibit B** is a true and correct copy of Plaintiffs' *ex parte* application for the approval of the compromise of the minor plaintiffs' claims in *J.G. et al. v. City of Colton*, No. 5:18-cv-02386-PJW (C.D. Cal.).

5. Attached as **Exhibit C** is a true and correct copy of the court order in *J.G. et al. v. City of Colton*, No. 5:18-cv-02386-PJW (C.D. Cal.), approving the plaintiffs' *ex parte* application for the approval of the compromise of the minor plaintiffs' claims in that case.

6. Attached as **Exhibit D** is a true and correct copy of Plaintiffs' *ex parte* application for the approval of the compromise of the minor plaintiff D.S.'s claims in *N.B., et al. v. County of Los Angeles, et al.*, No. 2:21-cv-02165-FLA-PD (C.D. Cal.).

7. Attached as **Exhibit E** is a true and correct copy of the court order in *N.B., et al. v. County of Los Angeles, et al.*, No. 2:21-cv-02165-FLA-PD (C.D. Cal.), approving the plaintiffs' *ex parte* application for the approval of the compromise of the minor plaintiff D.S.'s claims in that case.

8. Attached as **Exhibit F** are true and correct copies of Plaintiffs' individual *ex parte* applications for the approval of the compromise of the minor plaintiffs I.B.'s, J.A.'s, J.M.'s, and L.B.'s claims in *A.B., et al. v. City of Santa, et al.*, No. SA CV 18-1553-DOC-ADS (C.D. Cal.).

9. Attached as **Exhibit G** are true and correct copies of the court orders in *A.B., et al. v. City of Santa, et al.*, No. SA CV 18-1553-DOC-ADS (C.D. Cal.), approving the plaintiffs' *ex parte* applications for the compromise of the minor plaintiffs I.B.'s, J.A.'s, J.M.'s, and L.B.'s claims.

/ / /

/ / /

-2-
SUPPLEMENTAL DECLARATION OF BENJAMIN S. LEVINE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 2nd day of March, 2026, at Woodland Hills California.

*/s/ Benjamin S. Levine*
Benjamin S. Levine