# EXHIBIT C

Case 5:18-cv-02386-PJW   Document 147   Filed 03/02/20   Page 1 of 4   Page ID #:3654
Case 2:22-cv-00085-DC-SCR   Document 62-4   Filed 03/02/26   Page 2 of 5
Case 5:18-cv-02386-PJW   Document 145-1   Filed 02/27/20   Page 1 of 6   Page ID #:3607

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CLERK, U.S. ... ICT COURT

MAR 2 2020

... OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

J.G., a minor, individually and as
successor-in-interest to decedent, Mario
Guevara, by and through her Guardian
ad Litem SUSIE CASTRO; ELVIRA
GUEVARA, individually; RUDY
GUEVARA, individually; S.G., a
minor, individually, by and through her
Guardian ad Litem ANABEL
GONZALEZ; M.G., a minor,
individually, by and through her
Guardian ad Litem ANABEL
GONZALEZ;

          Plaintiffs,

      vs.

CITY OF COLTON; MICHAEL
SANDOVAL, individually; and DOES
2-10, inclusive,

      Defendants.

Case No. 5:18-cv-02386-PJW

*Hon. Patrick J. Walsh, Magistrate Judge*

[~~PROPOSED~~] **ORDER
APPROVING** *EX PARTE*
**APPLICATION FOR APPROVAL
OF COMPROMISE OF THE
CLAIMS OF THE MINOR
PLAINTIFFS M.G. AND S.G.**

*Note change on*

*page 3.*

1

5:18-cv-02386-PJW

# [PROPOSED] ORDER

This Court, having considered Plaintiffs M.G. and S.G.'s *Ex Parte*
Application for Compromise of the Claims of the Minor Plaintiffs M.G. and S.G.,
and GOOD CAUSE appearing therefore, hereby GRANTS the Application and
makes the following orders:

1.       The total settlement  in the amount of $575,000, with 40% allocated to
plaintiffs Elvira Guevara, Rudy Guevara, M.G. and S.G., with $61,525 to be
allocated to Elvira Guevara, $61,525 to be allocated to Rudy Guevara and $53,475
allocated to M.G. and $53,475 allocated to S.G., is approved.

2.       Defendant City of Colton, through counsel, shall prepare and deliver
the drafts for the gross settlement proceeds in the amount of $230,000 payable as
follows:

  a.       A draft for **$166,781.76** shall be made payable to the
          "AGNEWBRUSAVICH, Client Trust Account." These funds shall be
          used to satisfy (1) the attorneys' fees due to **AGNEWBRUSAVICH** in
          on the M.G. and S.G. settlements in the amount of $17,825 per minor;
          and (2) costs owed to Plaintiffs  M.G. and S.G.'s attorneys in the
          amount of $8,081.76, as well as the gross settlements allocated to
          Elvira Guevara and Rudy Guevara, inclusive of their obligations for
          fees and costs.

  b.       Defendant City of Colton will purchase a structured annuity for the
          minor Plaintiff s M.G. and S.G.  in the amount of **$31,609.12**
          each from Pacific Life & Annuity Services Inc. (hereinafter referred to
          as "Assignee"), which will provide periodic payments to be made by
          Pacific Life Insurance Company (hereinafter referred to as "Annuity
          Carrier") rated A+ Class XV by A.M. Best Company as set forth in the
          Declaration of Bruce M. Brusavich and in the table below. The total

2

5:18-cv-02386-PJW

1    amount that M.G. and S.G. will receive after the final payment is made

2    directly to them from the annuity is $36,430 for M.G. and $34,560 for

3    S.G.

4        c.    Defendant City of Colton will deliver the annuity premium check to

5            Plaintiff M.G. and S.G.'s structured settlement company, Melissa

6            Baldwin Settlements, to fund the annuity.

7        3.    Annuity Carrier shall provide periodic payments in accordance with

8    the Declaration of Bruce M. Brusavich and as set forth in the table below.

9        4.    All sums and periodic payments set forth in the section entitled

10   "Payments" constitute damages on account of personal injuries or illness, arising

11   from an occurrence, within the meaning of Section 104(a)(2) of the Internal

12   Revenue Code of 1986, as amended.

### Periodic Payments payable to M.G.

| $6,275 | Payable Annually, for 4 years only, commencing on 8/29/2024 with the last payment on 8/29/2027 |
|---|---|
| $11,330 | Lump Sum Payment on 8/29/2031 |

### Periodic Payments payable to S.G.

| $6,115 | Payable Annually, for 4 years only, commencing on 1/24/2023 with the last payment on 1/24/2026 |
|---|---|
| $10,100 | Lump Sum Payment on 1/24/2030 |

25       5.    Defendants will make a "qualified assignment" within the meaning of

Section 130(c), of the Internal Revenue code of 1986, as amended, to Assignee, of

the Defendants' liability to make the periodic payments as described in the above

table and in  the Declaration of Bruce M. Brusavich filed concurrently herewith.

                                    5:18-cv-02386-PJW

[PROPOSED] ORDER APPROVING COMPROMISES OF THE MINOR PLAINTIFFS M.G AND S.G.

1   Such assignment, if made, shall be accepted by the Plaintiffs without right of

2   rejection and shall completely release and discharge Defendants from such

3   obligations hereunder as are assigned to Assignee. This includes that Defendants

4   shall execute a Qualified Assignment document.

5      6.     Defendants and/or Assignee shall have the right to fund its liability to

6   make periodic payments by purchasing a "qualified funding asset," within the

7   meaning of Section 130(d) of the Code, in the form of an annuity policy from the

8   Annuity Carrier.

9      7.     Assignee shall be the owner of the annuity policy or policies, and shall

10   have all rights of ownership.

11     8.     The Assignee will have the Annuity Carrier mail payments directly to

12   the Plaintiffs M.G. and S.G., as set forth above.

13     9.     Nothing in this Order shall be construed so as to conflict with the

14   Release Settlement Agreement signed by the parties effective February 17, 2020:

15   and to the extent any conflict is alleged, the parties' Release Settlement Agreement

16   shall be construed to control

17

18   **IT IS SO ORDERED.**

19

20

21   Dated: __3/2__ , 2020

                                   Honorable Patrick J. Walsh

22                                   United States Magistrate Judge

23                                   Central District of California

24

25

26

27

28

[PROPOSED] ORDER APPROVING COMPROMISES OF THE MINOR PLAINTIFFS M.G AND S.G.