# EXHIBIT G

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, by and through his guardian *ad litem*, Yaneli Alonso, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA ANA, et al.,<br><br>Defendants. | Case No. 8:18−cv−01553−DOC−ADS<br><br>**ORDER APPROVING UNOPPOSED PETITION FOR COMPROMISE OF THE CLAIMS OF I.B., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, CARMELA LUCERO ORTEGA [84]** |

## ORDER

This Court, having considered Petitioner Carmela Lucero Ortega's Petition for Compromise of the Claims of I.B., a minor, and GOOD CAUSE appearing therefore, hereby **GRANTS** the Petition and makes the following orders:

1. The settlement of minor I.B.'s action against the Defendants in the amount of $10,000 is hereby approved. Defendant City of Santa Ana, through counsel, shall prepare and deliver the draft for the settlement proceeds in the amount of $10,000,

1  no later than twenty one (30) days from the date of this Order, made payable to the
2  Law Offices of Dale K. Galipo Attorney Trust Account.
3  2.     From the Law Offices of Dale K. Galipo Trust Account, Plaintiffs' counsel
4  shall issue the checks made payable as follows:
5  3.     A check shall be made payable to Carmela Lucero Ortega, in the amount of
6  $5,608.49.  Carmela Lucero Ortega, the court-appointed Guardian Ad Litem for
7  minor I.B., shall use these funds **exclusively** for funding a "blocked account" for
8  minor Plaintiff I.B.  **IT IS HEREBY ORDERED** that the $5,608.49 be deposited in
9  a blocked account accessible to I.B. upon his 18th birthday.  **IT IS FURTHER**
10 **ORDERED** that Carmela Lucero Ortega shall open and establish this blocked
11 account for minor I.B. at the Chase branch, located at 3600 South Bristol Street,
12 Santa Ana, California.

**IT IS SO ORDERED.**

Dated:  Sept 24, 2020    _____
   Honorable David O. Carter
   United States District Court
   Central District of California

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, by and through his guardian *ad litem*, Yaneli Alonso, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SANTA ANA, et al., <br><br> Defendants. | Case No. 8:18−cv−01553−DOC−ADS <br><br> **ORDER APPROVING UNOPPOSED PETITION FOR COMPROMISE OF THE CLAIMS OF J.A., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, YANELI ALONSO  [85]** |

## ORDER

This Court, having considered Petitioner Yaneli Alonso's Petition for Compromise of the Claims of J.A., a minor, and GOOD CAUSE appearing therefore, hereby **GRANTS** the Petition and makes the following orders:

1. The settlement of minor J.A.'s action against the Defendants in the amount of $10,000 is hereby approved. Defendant City of Santa Ana, through counsel, shall prepare and deliver the draft for the settlement proceeds in the amount of $10,000,

1 | no later than twenty one (30) days from the date of this Order, made payable to the
2 | Law Offices of Dale K. Galipo Attorney Trust Account.
3 | 2.     From the Law Offices of Dale K. Galipo Trust Account, Plaintiffs' counsel
4 | shall issue the checks made payable as follows:
5 | 3.     A check shall be made payable to Yaneli Alonso, in the amount of $5,608.49.
6 | Yaneli Alonso, the court-appointed Guardian Ad Litem for minor J.A., shall use
7 | these funds **exclusively** for funding a "blocked account" for minor Plaintiff J.A.  **IT
8 | IS HEREBY ORDERED** that the $5,608.49 be deposited in a blocked account
9 | accessible to J.A. upon his 18th birthday.  **IT IS FURTHER ORDERED** that
10 | Yaneli Alonso shall open and establish this blocked account for minor J.A. at the
11 | Bank of America branch, located at 2001 South Main Street, Santa Ana, California.

**IT IS SO ORDERED.**

Dated:  Sept 24   , 2020                    _____
                                             Honorable David O. Carter
                                             United States District Court
                                             Central District of California

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, by and through his guardian *ad litem*, Yaneli Alonso, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SANTA ANA, et al., <br><br> Defendants. | Case No. 8:18−cv−01553−DOC−ADS <br><br> **ORDER APPROVING UNOPPOSED PETITION FOR COMPROMISE OF THE CLAIMS OF J.M., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, ROSA BRITO  [86]** |

## ORDER

This Court, having considered Petitioner Rosa Brito's Petition for Compromise of the Claims of J.M., a minor, and GOOD CAUSE appearing therefore, hereby **GRANTS** the Petition and makes the following orders:

1. The settlement of minor J.M.'s action against the Defendants in the amount of $10,000 is hereby approved. Defendant City of Santa Ana, through counsel, shall prepare and deliver the draft for the settlement proceeds in the amount of $10,000,

no later than twenty one (30) days from the date of this Order, made payable to the Law Offices of Dale K. Galipo Attorney Trust Account.

2. From the Law Offices of Dale K. Galipo Trust Account, Plaintiffs' counsel shall issue the checks made payable as follows:

3. A check shall be made payable to Rosa Brito, in the amount of $5,608.49. Rosa Brito, the court-appointed Guardian Ad Litem for minor J.M., shall use these funds **exclusively** for funding a "blocked account" for minor Plaintiff J.M. **IT IS HEREBY ORDERED** that the $5,608.49 be deposited in a blocked account accessible to J.M. upon his 18th birthday. **IT IS FURTHER ORDERED** that Rosa Brito shall open and establish this blocked account for minor J.M. at the Chase branch, located at 3600 South Bristol Street, Santa Ana, California.

**IT IS SO ORDERED.**

Dated: Sept 24, 2020

_____
Honorable David O. Carter
United States District Court
Central District of California

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, by and through his guardian *ad litem*, Yaneli Alonso, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SANTA ANA, et al., <br><br> Defendants. | Case No. 8:18−cv−01553−DOC−ADS <br><br> **ORDER APPROVING UNOPPOSED PETITION FOR COMPROMISE OF THE CLAIMS OF L.B., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, CARMELA LUCERO ORTEGA [87]** |

## ORDER

This Court, having considered Petitioner Carmela Lucero Ortega's Petition for Compromise of the Claims of L.B., a minor, and GOOD CAUSE appearing therefore, hereby **GRANTS** the Petition and makes the following orders:

1. The settlement of minor L.B.'s action against the Defendants in the amount of $10,000 is hereby approved. Defendant City of Santa Ana, through counsel, shall prepare and deliver the draft for the settlement proceeds in the amount of $10,000,

no later than twenty one (30) days from the date of this Order, made payable to the Law Offices of Dale K. Galipo Attorney Trust Account.

2. From the Law Offices of Dale K. Galipo Trust Account, Plaintiffs' counsel shall issue the checks made payable as follows:

3. A check shall be made payable to Carmela Lucero Ortega, in the amount of $5,608.49. Carmela Lucero Ortega, the court-appointed Guardian Ad Litem for minor L.B., shall use these funds **exclusively** for funding a "blocked account" for minor Plaintiff L.B. **IT IS HEREBY ORDERED** that the $5,608.49 be deposited in a blocked account accessible to L.B. upon her 18th birthday. **IT IS FURTHER ORDERED** that Carmela Lucero Ortega shall open and establish this blocked account for minor L.B. at the Chase branch, located at 3600 South Bristol Street, Santa Ana, California.

**IT IS SO ORDERED.**

Dated: __Sept 24__, 2020

_____
Honorable David O. Carter
United States District Court
Central District of California