**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, SBN 144074
dalekgalipo@yahoo.com
Benjamin S. Levine, SBN 342060
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ROBLES, an individual; and H.R., by and through his guardian ad litem Katherine Robles,<br><br>        Plaintiffs,<br><br>  v.<br><br>CITY OF ROSEVILLE, a Municipal Corporation; OFFICER DEAN RIANO, in his official and personal capacity; OFFICER SETH ADDINGTON, in his official and personal capacity; SERGEANT CHRISTOPHER CIAMPA, in his official and personal capacity; and DOES 1-20, inclusive, individually, jointly, and severally,<br><br>        Defendants. | **Case No. 2:22-cv-00085-DC-SCR**<br><br>Hon. Dena Coggins<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>*[Proposed] Order submitted concurrently herewith.* |

    IT IS HEREBY STIPULATED by and between Defendants, City of Roseville, Officer Dean Riano, Officer Seth Addington, and Sergeant Christopher Ciampa, and Plaintiffs, Katherine Robles and H.R., by and through their respective attorneys of record, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys'

**STIPULATION TO CONTINUE DEADLINES**

fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). The parties further stipulate and respectfully request that the Court vacate all currently scheduled dates and deadlines in this action.

IT IS SO STIPULATED.


Dated: April 14, 2026                    **LAW OFFICES OF DALE K. GALIPO**


                                         *__/s/ Benjamin S. Levine_____*

                                         Dale K. Galipo
                                         Benjamin S. Levine
                                         *Attorneys for Plaintiffs*


Dated: April 14, 2026                    **PORTER SCOTT**

                                         **A PROFESSIONAL CORPORATION**


                                         */s/ William E. Camy* (authorized 4/13)

                                         William E. Camy
                                         Megan N. Boelter
                                         *Attorneys for Defendants*

**STIPULATION TO CONTINUE DEADLINES**