# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

KATHERINE ROBLES, an individual; and H.R., by and through his guardian ad litem Katherine Robles,

    Plaintiffs,

v.

CITY OF ROSEVILLE, a Municipal Corporation; OFFICER DEAN RIANO, in his official and personal capacity; OFFICER SETH ADDINGTON, in his official and personal capacity; SERGEANT CHRISTOPHER CIAMPA, in his official and personal capacity; and DOES 1-20, inclusive, individually, jointly, and severally,

    Defendants.

**Case No. 2:22-cv-00085-DC-SCR**

**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

-1-

# [PROPOSED] ORDER

Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS FURTHER ORDERED that all previously scheduled dates and deadlines in this action are VACATED.

IT IS SO ORDERED.


DATED: _____        _____

HONORABLE DENA COGGINS
UNITED STATES DISTRICT JUDGE